# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL THOMAS,

    Petitioner,

Case No. 1:11-cv-333

  -vs-

District Judge Michael R. Barrett
Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
 Institution,

    Respondent.

## TRANSFER ORDER

With the consent of both of them, the magistrate judge reference in the above-captioned case is hereby transferred from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

March 21, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge

J:\Documents\Thomas Habeas Transfer.wpd