UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Thomas,

    Plaintiff,

        v.         Case No.  1:11cv333

Warden, Chillicothe Correctional
Institution,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 22, 2012 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Grounds One through Four of the Petition are **DISMISSED** with prejudice.  This action is terminated from the docket of this Court.

    **IT IS SO ORDERED.**

        *S/Michael R. Barrett*
        Michael R. Barrett
        United States District Judge